RICHARD ALTMAN, Respondent, v 285 WEST FOURTH LLC, Appellant.

Submitted February 6, 2017; decided March 30, 2017

Motion by Rent Stabilization Association of New York City, Inc., et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

LANE ALTSCHULER, Respondent, v JOBMAN 478/480, LLC, Appellant.

Submitted January 30, 2017; decided March 30, 2017

Motion by Rent Stabilization Association of New York City, Inc., et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

AMTRUST-NP SFR, VENTURE, LLC, Respondent, v KAREN EMMEL, Appellant, et al., Defendant.

Submitted January 30, 2017; decided March 30, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.